STATE OF NEW JERSEY v. DANIEL BARRASSO.

December 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES DAVIDSON.

December 14, 1981.

Petition for certification denied.

JOHN AND MARIANNE CATO v. WILLIAM AND SYLVIA BELL.

December 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ALONZO BROWN.

December 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT TURNER.

December 14, 1981.

Petition for certification denied.